**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Lauren D. DIAZ, Defendant-Appellant.**

**No. 17-11840
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(November 22, 2017)

Colin P. McDonell, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Ali Kamalzadeh, Karla Mariel Reyes, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before MARTIN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Diaz's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).